UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:12-cv-299

| | |
|---|---|
| GENETIC TECHNOLOGIES LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GLAXCOSMITHKLINE LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE OF JOHN F. MORROW, JR.

PLEASE TAKE NOTICE that John F. Morrow, Jr. of the law firm of Womble Carlyle Sandridge & Rice, LLP hereby enter his appearance as counsel for Defendant GLAXOSMITHKLINE in the above-referenced matter.

Respectfully submitted this the 20th day of March, 2014.

/s/ John F. Morrow, Jr.
John F. Morrow, Jr. (NCSB# 23382)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 336-721-3584
Facsimile: 336-733-8429
jmorrow@wcsr.com

*Attorney for the Defendant*

1

## CERTIFICATE OF SERVICE

I certify that on March 20, 2014 this document was electronically filed with the Clerk of Court using this Court's CM/ECF system, which will automatically deliver email notification of such filing to all counsel of record in this case.

/s/ John F. Morrow, Jr.
John F. Morrow, Jr. (NCSB# 23382)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 336-721-3584
Facsimile: 336-733-8429
jmorrow@wcsr.com

*Attorney for the Defendant*