IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GENETIC TECHNOLOGIES LIMITED, an Australian corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GLAXOSMITHKLINE LLC, a Delaware corporation, <br><br> Defendant | Civil Action No.: 1:12-cv-00299-UA-LPA |

**PLAINTIFF'S RESPONSE TO**
**DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

**COMES NOW** the Plaintiff, Genetic Technologies Limited ("GTG"), by and through its legal counsel, and presents the following Response to Defendant/Counter-Plaintiff GlaxoSmithKline LLC's ("GSK") Motion for Judgment on the Pleadings [Doc. Nos. 67 and 68]. GTG respectfully submits that no substantive Response to GSK's Motion for Judgment on the Pleadings is necessary and that the Motion should be dismissed as moot. In support of its position, GTG notes:

1. GTG has today, with the consent of GSK, filed a Second Amended Complaint in this action. [Doc.73]

2. The parties are in agreement that the Second Amended Complaint moots GSK's currently pending Motion for Judgment on the Pleadings. [Doc. 72, P2,¶b].

3. Further, the parties have agreed that GSK shall have 30 days in which to respond to the Second Amended Complaint and to a briefing schedule in the event GSK files a Rule 12 Motion in response to the Second Amended Complaint. [Doc. 72, P2,¶c&d].

4. A Joint Motion to Amend setting forth the agreement of the parties is currently pending before the Court. [Doc. 72].

Accordingly, GTG respectfully submits that no substantive response to GSK's pending Motion for Judgment on the Pleadings is required and further submits that the Motion should properly be dismissed as moot.

[End]

Respectfully submitted,

**SHERIDAN ROSS PC**

This, the 23rd day of May, 2014

/s/ Benjamin B. Lieb, CO Bar No. 28724
Special Appearance Counsel for
Plaintiff, Genetic Technologies Limited
Sheridan Ross PC
1560 Broadway, Suite 1200
Denver, Colorado 80202
Direct (303) 863-2991
Main (303) 863-9700
Facsimile: (303) 863-0223
Email: blieb@sheridanross.com

/s/ Matthew J. Ladenheim
Matthew J. Ladenheim
N.C. Bar No.: 29309
TREGO, HINES & LADENHEIM, PLLC
9300 Harris Corners Parkway, Suite 210
Charlotte, NC 28269
Telephone: (704) 599-8911
Facsimile: (704) 599-8719
Email: mjl@thl-iplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS, was served on counsel of record in this case by CM/ECF filing.

Respectfully submitted,

**TREGO, HINES & LADENHEIM, PLLC**

This, the 23rd day of May, 2014

/s/ Matthew J. Ladenheim
Matthew J. Ladenheim
N.C. Bar No.: 29309
TREGO, HINES & LADENHEIM, PLLC
9300 Harris Corners Parkway, Suite 210
Charlotte, NC 28269
Telephone: (704) 599-8911
Facsimile: (704) 599-8719
Email: mjl@thl-iplaw.com

4