IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GENETIC TECHNOLOGIES LIMITED, )
                                                 )
    Plaintiff, )
                                                 )
v. )     1:12-CV-299
                                                 )
GLAXOSMITHKLINE LLC, )
                                                 )
    Defendant. )

**ORDER**

The Court having considered the parties' Joint Motion Regarding Plaintiff's Proposed Second Amended Complaint, finds that the motion should be GRANTED. It is hereby ORDERED that:

1. The Second Amended Complaint (Doc. 73) is deemed filed as of the date of this Order.

2. GSK's pending motion under FRCP 12(c) (Doc. 67) is DENIED as moot, without prejudice to GSK's filing a motion under Rule 12 in response to the Second Amended Complaint;

3. GSK will have thirty (30) days from today to respond to GTG's Second Amended Complaint;

4. If GSK files a Rule 12 motion in response to GTG's Second Amended Complaint, GSK may file a supporting brief of up to twenty-five (25) pages. GTG may file a response brief of up to twenty-five (25) pages. If GSK files a reply, the reply will be no longer than ten (10) pages.

This 28th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE