IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF NORTH CAROLINA

| GENETIC TECHNOLOGIES LIMITED, | Civil Action 1:12-cv-00299-CCE-JLW |
|---|---|
| Plaintiff, | **DEFENDANT GLAXOSMITHKLINE LLC'S MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** |
| v. | |
| GLAXOSMITHKLINE LLC, | |
| Defendant. | **Oral Argument Requested** |

Through counsel and pursuant to Local Rule 7.3 and Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant GlaxoSmithKline LLC ("GSK") hereby moves this Court to dismiss the Second Amended Complaint of Plaintiff Genetic Technologies Ltd., D.I. 73, with prejudice, for failure to state a claim upon which relief can be granted. In support thereof, GSK submits the accompanying supporting brief.

As contemplated by Local Rule 7.3(c)(1), special considerations warrant a hearing or oral argument for this Motion. In particular, a hearing or oral argument will assist the Court to better understand why the Motion should be granted early in the course of this litigation, before broad discovery, claim construction, exchange of infringement and invalidity contentions, and other matters related to patent proceedings.

This the 27th day of June, 2014.

-1-

Case 1:12-cv-00299-CCE-JLW   Document 77   Filed 06/27/14   Page 1 of 3

/s/ John F. Morrow, Jr.
John F. Morrow, Jr.
North Carolina State Bar No. 23382
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
One West Fourth Street
Winston-Salem, NC 27101
Tel: (336) 721-3584
Fax: (336) 733-8429
jmorrow@wcsr.com

*Of Counsel*:

Amy K. Wigmore
Tracey C. Allen
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
*Attorneys for Defendant GlaxoSmithKline LLC*

## CERTIFICATE OF SERVICE

I certify that on June 27, 2014, I filed the foregoing document using this Court's ECF system, which will serve a copy via email to all counsel of record.

/s/David R. Boaz
David R. Boaz (NCSB No. 44229)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
One West Fourth Street
Winston-Salem, NC 27101
Phone: 336-721-3538
Fax: 336-733-8429
E-Mail: dboaz@wcsr.com