IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GENETIC TECHNOLOGIES LIMITED, an Australian corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GLAXOSMITHKLINE LLC, a Delaware corporation, <br><br> Defendant | Civil Action No.: 1:12-cv-00299-UA-LPA |

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2014, the following documents were served on counsel of record in this case by CM/ECF filing:

1. Plaintiff Genetic Technologies Limited's Response in Opposition to GlaxoSmithKline LLC's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) [Doc. No. 79]; and

2. Affidavit of Benjamin B. Lieb, with Exhibits A-J [Doc. No. 80].

Respectfully submitted,

**SHERIDAN ROSS P.C.**

This, 21st day of July, 2014

/s/ Benjamin B. Lieb, CO Bar No. 28724
Special Appearance Counsel for
Plaintiff, Genetic Technologies Limited
Sheridan Ross PC
1560 Broadway, Suite 1200
Denver, Colorado 80202
Direct (303) 863-2991
Main (303) 863-9700
Facsimile: (303) 863-0223
Email: blieb@sheridanross.com

Matthew J. Ladenheim
N.C. Bar No.: 29309
TREGO, HINES & LADENHEIM, PLLC
9300 Harris Corners Parkway, Suite 210
Charlotte, NC 28269
Telephone: (704) 599-8911
Facsimile: (704) 599-8719
Email: mjl@thl-iplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, AMENDED CERTIFICATE OF SERVICE, was served on counsel of record in this case by CM/ECF filing.

**SHERIDAN ROSS P.C.**

This, 21st day of July, 2014

/s/ Benjamin B. Lieb, CO Bar No. 28724
Special Appearance Counsel for
Plaintiff, Genetic Technologies Limited
Sheridan Ross PC
1560 Broadway, Suite 1200
Denver, Colorado 80202
Direct (303) 863-2991
Main (303) 863-9700
Facsimile: (303) 863-0223
Email: blieb@sheridanross.com