# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GENETIC TECHNOLOGIES LIMITED, ) </br> ) </br> Plaintiffs, ) </br> ) </br> v. ) </br> ) </br> GLAXOSMITHKLINE LLC, ) </br> ) </br> Defendants. ) </br> ) | Civil Action No. </br> 1:12-CV-00299-CCE-JLW |

## NOTICE OF APPEARANCE FOR DEBORAH A. YATES

Defendant GlaxoSmithKline LLC ("GSK") hereby gives notice that Deborah A. Yates of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP is making a special appearance on behalf of GSK in the above-captioned matter, in association with John F. Morrow, Jr. of the law firm of Womble Carlyle Sandridge & Rice, LLP.

Ms. Yates is a member in good standing of the highest court for the District of Columbia and the State of Virginia. By entering an appearance, Ms. Yates agrees to the provisions of Rule 83.1(d) of the Local Rules of the Middle District of North Carolina. Ms. Yates requests that all papers in this matter be served upon her at the below-listed address.

This the 9th day of October 2014.

**WILMER CUTLER PICKERING HALE AND DORR**

/s/ Deborah A. Yates
Deborah A. Yates (DC Bar No. 9822262)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6726
Facsimile: (202) 663-6363
Email: deborah.yates@wilmerhale.com

**OF COUNSEL:**

John F. Morrow, Jr. (N.C. State Bar No.: 23382)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
One West Fourth Street
Winston-Salem, NC 27101

Telephone: (336) 721-3584
Facsimile: (336) 733-8429
Email: jmorrow@wcsr.com
Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Benjamin Baughman Lieb<br>Sheridan Ross, P.C.<br>1560 Broadway, Suite 1200<br>Denver, CO 80202-5141<br>blieb@sheridanross.com | Robert R. Brunelli<br>Sheridan Ross, P.C.<br>1560 Broadway, Suite 1200<br>Denver, CO 80202-5141<br>rbrunelli@sheridanross.com |
| Matthew J. Ladenheim<br>Trego, Hines & Ladenheim, PLLC<br>9300 Harris Corners Parkway, Suite 210<br>Charlotte, NC 28269<br>mjl@thl-iplaw.com | |

Additionally, I hereby certify that I served the following individuals at the below-listed addresses by placing a copy in first-class, United States mail, postage pre-paid:

Hiwot Molla Covell
Sheridan Ross, P.C.
1560 Broadway, Suite 1200
Denver, CO 80202-5141

Todd P. Blakely
Sheridan Ross, P.C.
1560 Broadway, Suite 1200
Denver, CO 80202-5141

This the 9th day of October 2014.

/s/ Deborah A. Yates
Deborah A. Yates (DC Bar No. 9822262)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6726
Facsimile: (202) 663-6363
Email: deborah.yates@wilmerhale.com