IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GENETIC TECHNOLOGIES LIMITED, an Australian corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:12-CV-299 |
| GLAXOSMITHKLINE LLC, a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

**COURT ORDER ADOPTING JOINT STIPULATION
REGARDING E-DISCOVERY**

1. The Parties have jointly submitted a discovery protocol regarding Electronically Stored Information ("ESI") in accordance with the Joint Rule 26(f) Report, section 20(e). (Doc. 89.)

2. The Court adopts the Joint Stipulation (Doc. 89) and directs the parties to comply with its terms.

SO ORDERED this 5th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE