IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GENETIC TECHNOLOGIES LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:12-CV-299 |
| | ) |
| GLAXOSMITHKLINE, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATED ORDER

WHEREAS, on November 17, 2014, the United States District Court for the District of Delaware entered Stipulated Orders of Dismissal and Final Judgment in *Genetic Technologies Limited v. Bristol-Myers Squibb Company* (Civil Action No. 12-cv-00394-LPS) and *Genetic Technologies Limited v. Merial L.L.C.* (Civil Action No. 12-cv-00396-LPS) finding that Claims 1-25 and 33-36 of United States Patent No. 5,612,179 recite only ineligible subject matter under 35 U.S.C. § 101 (the "Final Judgments"), from which an appeal may be immediately taken; and

WHEREAS, Plaintiff Genetic Technologies Limited ("GTG") and Defendant GlaxoSmithKline, LLC ("GSK") have conferred and agreed that a stay of this action pending appeal of the Final Judgments is in the best interest of all parties and promotes judicial economy;

IT IS HEREBY STIPULATED and agreed, subject to approval of the Court, that this action is stayed pending appeal of the Final Judgments;

IT IS HEREBY STIPULATED and agreed, subject to approval of the Court, that, if the Final Judgments are affirmed on appeal, GTG shall dismiss with prejudice all claims asserted against GSK in this action;

IT IS HEREBY STIPULATED by GTG that it is not asserting and never will assert Claims 26-32 of United States Patent No. 5,612,179 against GSK regardless of the outcome of the appeal of the Final Judgments;

IT IS HEREBY STIPULATED and agreed, subject to the approval of the Court, that within thirty (30) business days after the final completion of all appeals of the Final Judgments, the parties shall jointly notify the Court in writing of the completion of the appeals, and counsel for all parties shall contact chambers to schedule a status teleconference.

Stipulated and agreed,

| | |
|---|---|
| /s/ Matthew J. Ladenheim, NCSB #29309 | /s/ John F. Morrow, Jr., NCSB # 23382 |
| Matthew J. Ladenheim | John F. Morrow, Jr. |
| Trego, Hines & Ladenheim, PLLC | David R. Boaz NCSB #44229 |
| 9300 Harris Corners Parkway, Suite 210 | Womble Carlyle Sandridge & Rice, LLP |
| Charlotte, NC 28269 | One West Fourth Street |
| Telephone: 704.599.8911 | Winston-Salem, NC 27101 |
| Facsimile: 704.599.8719 | Telephone: 336.721.3584 |
| Email: mjl@thl-iplaw.com | Facsimile: 336.733.8429 |
| | jmorrow@wcsr.com |
| Benjamin B. Lieb, CO Bar #28724 | |
| Special Appearance Counsel for | Amy Kreiger Wigmore DC Bar #453164 |
| Plaintiff, Genetic Technologies Limited | Tracey C. Allen DC Bar #485474 |
| Robert R. Brunelli, CO Bar #20070 | Wilmer Cutler Pickering Hale And Dorr |
| Sheridan Ross PC | 1875 Pennsylvania Avenue, NW |
| 1560 Broadway, Suite 1200 | Washington, DC 20006 |
| Denver, Colorado 80202 | Telephone: 202.663.6856 |
| Direct: 303.863.2991 | Facsimile: 202.663.6363 |
| Telephone: 303.863.9700 | amy.wigmore@wilmerhale.com |
| Facsimile: 303.863.0223 | Email: tracey.allen@wilmerhale.com |
| Email: blieb@sheridanross.com | |
| | Attorneys for Defendant GlaxoSmithKline, LLC |
| Attorneys for Plaintiff Genetic Technologies Limited | |

SO ORDERED this 25th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE